Sam Lang, Appellant, v. Illinois Greyhound Lines, Inc.,
Appellee.

Gen. No. 41,061.

opinion filed June 24, 1940; rehearing denied

July 8, 1940. Frank E. Gettleman and Julius S. Neale, for appellant; Clarence T. Morse, of counsel; Ryan, Condon & Livingston, for appellee; John M. Tuohy, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''